UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH A. LINVILLE, JR,

                Petitioner,

v.

CAROL MURPHY,

                Respondent.

CASE NO. C16-5212 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 6) is **DISMISSED without prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 5th day of July, 2016.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER